

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00218-CV

---

In re Olga Alcantara

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

### MEMORANDUM OPINION

Relator, Olga Alcantara, has filed a petition for writ of mandamus, requesting that we (1) direct the trial court to vacate an order allegedly issued in this case approving of a settlement agreement, (2) order the trial court to permit Alcantara to appear remotely for all hearings in the trial court, (3) issue a temporary stay, (4) order the trial court to produce documents and require additional actions be taken before issuing further orders, and (5) "[a]ward costs and such further relief as justice requires."

After consideration, the Court has determined that Alcantara has not established that she is entitled to the relief sought. We deny the petition. Any pending motions are dismissed as moot.

MARIA SALAS MENDOZA, Chief Justice

May 11, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.